# Santamaria Law Offices

74 West Palisade Avenue
Englewood, New Jersey 07631
T: (201) 417-0402
santamarialawoffices@gmail.com

July 21, 2026

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07102

> **Re:** **Withdrawal of Petition for Writ of Habeas Corpus**
> Matter:   Vargas Cedeno v. Bondi et al.
> Docket #:   2:26-cv-04571-CCC

Your Honor,

This firm represents Mr. Johnny Esequiel Vargas Cedeno ("Petitioner"), the petitioner in the above action. Since the filing of our initial Verified Petition (ECF No. 1), our client has advised that he wishes to voluntarily depart the United States. His current detention, coupled with this Honorable Court's heavy caseload that has hindered speedy resolution of this matter, is taking a tremendous toll on his emotional wellbeing.

Based on the above, Petitioner hereby withdraws the above Verified Petition and requests that this matter be dismissed so that he may be returned to Ecuador, his country of nationality, as soon as possible.

We thank the Court for its attention. If Your Honor has any questions, please do feel free to contact us at any time.

Respectfully Submitted,

The previous stay of Petitioner's transfer, ECF No. 3, is hereby lifted. Clerk's Office is directed to close this case.

SO ORDERED

/s/ Sterling J. Santamaria
Sterling J. Santamaria, Esq.
*Attorney for Petitioner*

_s/Claire C. Cecchi_
CLAIRE C. CECCHI, U.S.D.J.

Date:   7/22/2026